JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| 516 Inc., dba DG Plumbing,<br><br>Plaintiff<br><br>v.<br><br>RICHMOND SERVICES, INC. dba RICHMOND NATIONAL INSURANCE COMPANY, a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:25-cv-01204-DOC-KES<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**[24]** |

ORDER OF VOLUNTARY DISMISSAL
1

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under *Fed. Rules of Civ. Proc.* Rule 41(a)(1)(A)(ii), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**DATED: August 25, 2025**

_____
DAVID O. CARTER
United States District Judge

ORDER OF VOLUNTARY DISMISSAL
2